# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CHEIRON NATHANIEL HAMMOND, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:22-cv-8 |
| v. | * |
| OFFICER CHANEY; and COFFEE CORRECTIONAL FACILITY, in their individual and official capacities, | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Plaintiff did not file Objections to this Report and Recommendation. Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against Defendant Coffee Correctional Facility. Plaintiff's claims against Defendant Chaney remain pending. Id.; Dkt. No. 8.

**SO ORDERED**, this 2 day of June, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)