# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CHEIRON NATHANIEL HAMMOND, | * |
| Plaintiff, | * CIVIL ACTION NO.: 5:22-cv-8 |
| v. | * |
| OFFICER CHANEY, | * |
| Defendant. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation.  Dkt. No. 24.  Plaintiff did not file Objections to this Report and Recommendation.  Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Defendant's Motion to Dismiss, and **DISMISSES** Plaintiff's Complaint for failure to state a claim.  The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this __27__ day of __February__, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA